# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 26, 2019

Mr. David Harris Goldman
BABICH & GOLDMAN
Suite J
501 S.W. Seventh Street
Des Moines, IA  50309-4537

      RE:  19-1392  Tom Rossley v. Drake University, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

EDG

Enclosure(s)

cc:   Mr. John S. Courter
      Ms. Amy Kathryn Davis
      Ms. Linda Lou Egbers
      Ms. Mary Elizabeth Funk
      Ms. Frances M. Haas
      Mr. Frank Boyd Harty
      Mr. Andrew Miltenberg
      Ms. Kelli M Mulcahy
      Mr. Phillip E. Van Liew
      Ms. Gabrielle M. Vinci
      Ms. Diana Warshow

       District Court/Agency Case Number(s):   4:17-cv-00058-RGE

**Caption For Case Number: 19-1392**

Tom Rossley

      Plaintiff - Appellant

v.

Drake University; Drake University Board of Trustees

      Defendants - Appellees

**Addresses For Case Participants:   19-1392**

Mr. David Harris Goldman
Ms. Amy Kathryn Davis
Mr. Phillip E. Van Liew
BABICH & GOLDMAN
Suite J
501 S.W. Seventh Street
Des Moines, IA  50309-4537

Mr. John S. Courter
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Ms. Linda Lou Egbers
U.S. Courthouse
131 E. Fourth Street
Davenport, IA  52801

Ms. Mary Elizabeth Funk
Mr. Frank Boyd Harty
NYEMASTER & GOODE
Suite 1600
700 Walnut Street
Des Moines, IA  50309-3899

Ms. Frances M. Haas
NYEMASTER & GOODE
Suite 400
625 First Street, S.E.
Cedar Rapids, IA  52401

Mr. Andrew Miltenberg
Ms. Gabrielle M. Vinci
Ms. Diana Warshow
NESENOFF & MILTENBERG
5th Floor
363 Seventh Avenue
New York, NY  10001

Ms. Kelli M Mulcahy
Room 115
123 E. Walnut
Des Moines, IA  50309-0000